## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Dan William Pettis, ) | |
| ) | Case No. 2:17-cv-02603-JWL-KGG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Mazuma Credit Union ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff and hereby notifies the Court that a resolution of this case has been reached with Defendant, and requests that the deadlines in this matter be passed for settlement for thirty (30) days until the parties can prepare and file a Stipulation of Dismissal.

Respectfully submitted,

/s/ Chelsea S. Springer
Chelsea S. Springer #20522
The Law Offices of Tracy L. Robinson, LC
818 Grand Boulevard, Suite 505
Kansas City, MO  64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
chelseas@tlrlaw.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

This certifies that on this 8th day of November, 2017, the foregoing was filed with the Court via the Electronic Case Filing System.

/s/ Chelsea S. Springer
Attorney for Plaintiff